**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY BOYKIN<br><br>Defendants. | Case No.: Cr.S-07-141-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE CURRENT TRIAL CONFIRMATION HEARING, VACATE THE TRIAL DATE, AND SET A STATUS CONFERENCE**<br><br>DATE: August 31, 2009<br>TIME: 8:30 a.m.<br><br>Hon. William B. Shubb |

Defendant BOYKIN by and through his undersigned counsel, and the United States of America, through Assistant United States Attorney, Heiko Coppola, hereby agree and stipulate to vacate the current trial confirmation hearing set for August 31, 2009, and to vacate the trial date of September 15, 2009, and set a status conference for October 19, 2009 at 8:30 a.m.[1].  This vacating of the trial confirmation hearing and trial date is requested because counsel for Defendant needs additional time to conduct further investigation, and to engage in settlement negotiations with counsel for the Government.

---

[1] The parties have been advised by this Court's Clerk that October 19, 2009 at 8:30 a.m. is an available date and time for a status conference on this matter.

The parties further agree and stipulate that time be excluded from August 31, 2009 to October 19, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(7)(B)(iv).

Dated: August 26, 2009          ss// Johnny L. Griffin, III_____
                                JOHNNY L. GRIFFIN, III
                                Attorney at Law

Dated: August 26, 2009          ss// Heiko Coppola [2]
                                HEIKO COPPOLA
                                Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: August 26, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.