**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

### IN THE UNITED STATES DISTRICT

### COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY BOYKIN<br><br>Defendant. | Case No.: Cr.S-07-141-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE CURRENT TRIAL CONFIRMATION HEARING, VACATE THE TRIAL DATE, AND SET A STATUS CONFERENCE**<br><br>DATE**:** February 1, 2010<br>TIME: 8:30 a.m.<br>Hon. William B. Shubb |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Heiko Coppola, hereby agree and stipulate to vacate the current trial confirmation hearing set for February 1, 2010, vacate the trial date of February23, 2010 and set a status conference for March 22, 2010 at 8:30 a.m.[1]  This vacating of the trial confirmation hearing and trial date is requested because both parties seek to obtain a pre-plea report from the United States Probation Department, regarding the appropriate scoring of Defendant's Criminal History.  Accordingly, counsel requests an Order from this Court directing the United States Probation Department to

---

[1] The parties have been advised by this Court's Clerk that March 22, 2010 at 8:30 a.m. is an available date and time for a status conference on this matter.

prepare a pre- plea report.[2]  Defense counsel will need additional time to review the report with the defendant, perform investigation related to the contents of the pre-plea report, review the discovery provided, and prepare for further hearings.

The parties further agree and stipulate that time be excluded from February 23, 2010 to March 22, 2010 pursuant Local Code T-4, for defense preparation, and 18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A)

Dated:  January 26, 2010           ss// Johnny L. Griffin, III
                                   JOHNNY L. GRIFFIN, III
                                   Attorney at Law

Dated:  January 26, 2010           ss// Heiko Coppola [3]
                                   HEIKO COPPOLA
                                   Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby vacates the February 1, 2010 trial confirmation hearing, and the February 23, 2010 trial date, and sets a status conference for March 22, 2010 at 8:30 a.m.  Time is excluded between February 1, 2010 and March 22, 2010 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) and Local Code T-4

---

[2] Linda L. Alger, Supervising United States Probation Officer has been advised of this request and does not object to the preparation of the pre-plea report.

[3] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

Additionally, the Court orders the United States Probation Department to prepare a pre-plea report in this case.

The Court finds that the failure to grant the Defendant's request in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such request and outweigh the best interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: January 26, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE