**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ANTHONY BOYKIN,  Defendant. | Case No.: Cr.S-07-141-WBS  **STIPULATION AND [PROPOSED] TO CONTINUE STATUS CONFERENCE**  DATE: March 22, 2010  TIME: 8:30 a.m.  Hon. William B. Shubb |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Heiko Coppola, hereby agree and stipulate to continue the status conference from March 22, 2010 to May 10, 2010 at 8:30 a.m.[1]  This continuance is based on the need for additional time to allow the United States Probation Department's preparation of a pre-plea report regarding the appropriate scoring of Defendant's Criminal History.  It is anticipated that the report will be made available for review the week of March 22, 2010.  Upon receipt and review of the report,

---

[1] The parties have been advised by this Court's Clerk that May 10, 2010 at 8:30 a.m. is an available date and time for a status conference on this matter.

Defense counsel will then need additional time to review the report with the Defendant, perform investigation related to the contents of the report, and prepare for further hearings.

The parties further agree and stipulate that time be excluded from March 22, 2010 to May 10, 2010 pursuant Local Code T-4, for defense preparation, and 18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A)

Dated:  March 17, 2010             ss// Johnny L. Griffin, III_____
                                   JOHNNY L. GRIFFIN, III
                                   Attorney at Law


Dated:  March 17, 2010             ss// Heiko Coppola [2]
                                   HEIKO COPPOLA
                                   Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby vacates the March 22, 2010 status conference and sets a new status conference for May 10, 2010 at 8:30 a.m.  Time is excluded between March 22, 2010 and May 10, 2010 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) and Local Code T-4

The Court finds that the failure to grant the Defendant's request in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice

---

[2] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

are served by the granting of such request and outweigh the best interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: March 17, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE