**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY BOYKIN<br><br>Defendant. | Case No.: Cr.S-07-141-WBS<br><br>**STIPULATION AND [PROPOSED] TO CONTINUE STATUS CONFERENCE**<br><br>DATE**:**  July 26, 2010<br>TIME:  8:30 a.m.<br>Hon. William B. Shubb |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Heiko Coppola, hereby agree and stipulate to continue the status conference from July 26, 2010 to August 23, 2010 at 8:30 a.m.[1]  This continuance is requested because counsel for defendant needs additional time to review the Pre-Plea Report, conduct further investigation and to discuss a mutually agreeable resolution with counsel for the Government.

The parties further agree and stipulate that time be excluded from July 26, 2010 to August 23, 2010 pursuant Local Code T-4, for defense preparation, and 18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by

---

[1] The parties have been advised by this Court's Clerk that August 23, 2010 at 8:30 a.m. is an available date and time for a status conference on this matter.

granting this continuance outweigh the best interests of the defendant and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A)

Dated:  July 23, 2010         /s/ Johnny L. Griffin, III_____
                              JOHNNY L. GRIFFIN, III
                              Attorney at Law

Dated:  July 23, 2010         /s/ Heiko Coppola [2]
                              HEIKO COPPOLA
                              Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby vacates the July 26, 2010 status conference and sets a new status conference for August 23, 2010 at 8:30 a.m.  Time is excluded between July 26, 2010 and August 23, 2010 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) and Local Code T-4

The Court finds that the failure to grant the Defendant's request in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such request and outweigh the best interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  July 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.