**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

### IN THE UNITED STATES DISTRICT

### COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY BOYKIN<br><br>　　　　　Defendant. | Case No.: Cr.S-07-141-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE THE CURRENT<br>TRIAL READINESS CONFERENCE AND<br>JURY TRIAL DATE**<br><br>DATE:  October 12, 2010<br>TIME:  8:30 a.m.<br>Hon. William B. Shubb |

　　　　Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Heiko Coppola, hereby agree and stipulate to continue the current trial readiness conference set for October 12, 2010 at 8:30 am to December 20, 2010 at 8:30 a.m. and that the jury trial date currently set for October 26, 2010 at 9:00 a.m. be continued to January 11, 2011 at 9:00 a.m.[1] This continuance is requested because counsel for defendant needs additional time to prepare for jury trial.

　　　　The parties further agree and stipulate that time be excluded from October 12, 2010 to January 11, 2011 pursuant Local Code T-4, for defense preparation, and 18 U.S.C.

---

[1] The parties have been advised by this Court's Clerk that December 20, 2010 at 8:30 a.m. is an available date and time for a trial readiness conference and that January 11, 2011 at 9:00 a.m. is an available date and time for a jury trial date on this matter.

§3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A)

Dated:  October 7, 2010          /s/ Johnny L. Griffin, III
                                 JOHNNY L. GRIFFIN, III
                                 Attorney at Law

Dated:  October 7, 2010          /s/ Heiko Coppola [2]
                                 HEIKO COPPOLA
                                 Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby vacates the October 12, 2010 trial readiness conference and sets a new trial readiness conference for December 20, 2010.  Time is excluded between October 12, 2010 and December 20, 2010 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) and Local Code T-4.

Based on the stipulation of the parties and good cause apparent therein, the Court hereby vacates the October 26, 2010 jury trial date and sets a new jury trial date for January 11, 2011.  Counsel and the parties should note, however, that the trial in which the court is presently engaged is scheduled to last into February or 2011.  Time is excluded between October 26, 2010 and January 11, 2011 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) and Local Code T-4.

The Court finds that the failure to grant the Defendant's request in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice

---

[2] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

are served by the granting of such request and outweigh the best interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:   October 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE