1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )    CASE NO. 2:07-CR-0141 WBS
                                   )
11                  Plaintiff,     )
                                   )
12        v.                       )    STIPULATION AND [~~PROPOSED~~]
                                   )    ORDER TO EXCLUDE TIME
13  ANTHONY BOYKIN                 )
                                   )
14                                 )
                    Defendants.    )
15  _____)

16

17      Trial in this matter was originally schedule for January 11,

18  2011.  On December 20, 2010, this Court re-set jury trial in the

19  above entitled matter to begin on February 9, 2011, with a trial

20  confirmation hearing on January 31, 2011.  The reason for the

21  continuance was the unavailability of defense counsel due to a

22  conflicting attempted murder trial in state court that is

23  expected to last well-past the scheduled trial date in this case

24  and that would preclude effective preparation of this case by

25  defense counsel.  The Court excluded time for the preparation of

26  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

27  T-4, between December 20, 2010 and February 9, 2011.

28      The government believed at the time the new trial date was

                                  1

set, that all of its witnesses would be available on February 9, 2011.  After the hearing, the government realized that its primary investigating officer, who is an essential government witness is on vacation, out-of-state, with pre-purchased airline tickets, from February 1, 2011 through February 11, 2011.  To that end, the parties request that the jury trial in this case be continued from February 9, 2011 to February 15, 2011 at 8:30 a.m.[1] The parties request that the trial confirmation hearing remain set for January 31, 2011.

The parties stipulate that the time between December 20, 2010 and February 15, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, there are well over 1000 pages of discovery that have been provided in this matter and defense counsel will use the time between December 20, 2010 and February 15, 2011 to review this discovery, prepare for trial and complete investigation of the matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

---

[1] The parties were advised by this Court's Clerk that February 15, 2011 at 8:30 a.m. is an available date and time to begin the jury trial of this matter.

1    The parties also stipulate that time should be excluded

2   between December 20, 2010 and February 15, 2011 on the basis of

3   the unavailability of an essential witness pursuant to 18 U.S.C.

4   § 3161(h)(3)(A) and Local Code M for the reasons stated above.

5

6                              Respectfully Submitted,

7                              BENJAMIN B. WAGNER
                               United States Attorney
8

9
    DATE: December 21, 2010      By:   /s/ Heiko P. Coppola
10                                     HEIKO P. COPPOLA
                                       Assistant U.S. Attorney
11

12

13  DATE: December 20, 2010            /s/ Johnny L. Griffin III[2]
                                       JOHNNY L. GRIFFIN, III
14                                     Attorney for Defendant Anthony
                                       Boykin
15

16                             **SO ORDERED.**

17

18  DATE:  December 21, 2010

19

20  _____
    WILLIAM B. SHUBB
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27  _____

28      [2] Johnny L. Griffin, III, authorized AUSA Heiko P. Coppola to sign this
    stipulation and order on his behalf.

                                      3