BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED

FEB 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-CR-0141 WBS |
| Plaintiff, | |
| v. | ORDER RE: SEALED EVENT |
| ANTHONY BOYKIN | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant, application for arrest warrant, memorandum of points and authorities in support of the application, request to seal documents, and sealing order in the above-captioned proceeding shall be unsealed.

Date: 2/18, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1