CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: c.fry@att.net

Attorney for ROBERT WALTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR.S-07-141-WBS |
| Plaintiff, | STIPULATION AND ORDER TERMINATING THIRD PARTY CUSTODY AGREEMENT RE MATERIAL WITNESS ROBERT WALTON |
| v. | |
| ANTHONY BOYKIN, | |
| Defendant. | |

On February 28, 2011, by order of The Honorable Edmund F. Brennan, United States Magistrate Judge, material witness Robert Walton was released from custody to the third party custody of F.B.I. Special Agent Chad Coulter, C.H.P. Officer Ron Nelson and Yuba City P.D. Officer Jason Parker.   Thereafter, on March 2, 2011, witness Walton completed his testimony at trial in the above-captioned matter and was excused from further appearance by The Honorable William B. Shubb, United States District Court Judge.  Accordingly, the parties, by and through their counsel, now stipulate and agree that the Third Party Custody Agreement shall be terminated.

Dated: March 3, 2011                                          */s/ Candace A. Fry*

                                                                              CANDACE A. FRY, Attorney for
                                                                              ROBERT WALTON

1 | Dated: March 3, 2011

BENJAMIN B. WAGNER
United States Attorney

By    */s/ Candace A. Fry for*
HEIKO P. COPPOLA, Assistant
United States Attorney

(Signed for Mr. Coppola with his prior authorization)

O R D E R

SO ORDERED.

Dated:  March 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE