**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 2:07-CR-0141-01 WBS |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF APPEAL** |
| v. | ) |
| | ) |
| ANTHONY BOYKIN, | ) **Hon. William B. Shubb** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

Defendant, Anthony Boykin, hereby files his Notice of Appeal from his conviction and

sentence in the above captioned case entered on April 29, 2013.  Specifically, based on

defendant's counts of convictions, the trial court sentenced him to the custody of the Bureau of

Prisons to be imprisoned for a total term of 210 months.  Defendant requests that the court

appoint counsel to represent him on his appeal.  Defendant is in custody.

Date:   April 29, 2013                              Respectfully submitted,

                                                    /s/_____
                                                    JOHNNY L. GRIFFIN, III[1]
                                                    Attorney at Law

_____

[1] Attorney Johnny L. Griffin, III was defendant's retained trial counsel.  Mr. Griffin will not be representing
defendant on appeal and is merely filing this Notice of Appeal on defendant's behalf. Defendant is now indigent and
unable to retain private counsel on appeal.