HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
ANTHONY BOYKIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. 2:07-cr-141 WBS |
| Plaintiff, | **STIPULATED MOTION AND [~~lodged~~] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| ANTHONY BOYKIN, | |
| Defendant. | Judge: Honorable WILLIAM B. SHUBB |

Defendant, ANTHONY BOYKIN, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On April 29, 2013, this Court sentenced Mr. Boykin to a term of 210 months imprisonment;

3.      Mr.  Boykin's total offense level was 34, his criminal history category was IV, and the resulting guideline range was 210 to 262 months;

4.      The sentencing range applicable to Mr. Boykin was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Boykin's total offense level has been reduced from 34 to 32, and his amended guideline range is 168 to 210 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Boykin's term of imprisonment to a total term of 168 months.

Respectfully submitted,

Dated:  December 16, 2015                    Dated:  December 16, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                       Federal Defender


_/s/   Jason Hitt_____                      _/s/ Hannah Labaree_____
JASON HITT                                   HANNAH LABAREE
Assistant U.S. Attorney                      Assistant Federal Defender

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA                     ANTHONY BOYKIN

1

**ORDER**

2      This matter came before the Court on the stipulated motion of the defendant for reduction

3 of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4      The parties agree, and the Court finds, that Mr. Boykin is entitled to the benefit

5 Amendment 782, which reduces the total offense level from 34 to 32, resulting in an amended

6 guideline range of 168 to 210 months.

7      IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is

8 reduced to a term of 168 months, a sentence which is now considered fair and reasonable in light

9 of the revised thinking of Congress and the Sentencing Commission.

10      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

11 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

12 reduction in sentence, and shall serve certified copies of the amended judgment on the United

13 States Bureau of Prisons and the United States Probation Office.

14      Unless otherwise ordered, Mr. Boykin shall report to the United States Probation Office

15 within seventy-two hours after his release.

16 Dated:  December 16, 2015

17 _____
   WILLIAM B. SHUBB
18 UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28