AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00141-WBS-KJN   Document 173   Filed 12/16/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the
Eastern District of California

United States of America
v.

ANTHONY BOYKIN

Case No: 2:07CR00141-01 WBS

USM No: 16972-097

Date of Original Judgment: 4/29/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Hannah Labaree, Asst. Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  168 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 5/8/2013 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:
*(if different from order date)*

William B. Shubb, U.S. District Court Judge
*Printed name and title*