UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>ANTHONY BOYKIN,<br><br>　　　　　Movant. | No.  2:07-cr-0141 WBS CKD<br><br>No.  2:16-cv-2133 WBS CKD<br><br>ORDER |

　　　　Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter.  The Clerk of the court shall reassign these cases to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of cases to compensate for such reassignment.

　　　　IT IS SO ORDERED.

Dated:  September 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/boyk0141.rec

1