UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>ANTHONY BOYKIN,<br><br>  Movant. | No.  2:07-cr-0141-01 WBS KJN P<br>      2:16-cv-2133 WBS<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 28, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 28, 2016, are adopted in full;

////

1

2. Movant's motion to vacate, set aside, or correct his sentence (ECF No. 174) under 28 U.S.C. Section 2255 is denied;

3. For the reasons set forth in the findings and recommendations of the magistrate judge, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-2133 WBS.

Dated:  January 3, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/boyk0141.801.vac